# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL PARKS | CIVIL ACTION |
| VERSUS | NO. 12-901 |
| LEON CANNIZZARO, ET AL. | SECTION "E" (1) |

## ORDER AND REASONS

Plaintiff, Lionel Parks, a state prisoner currently incarcerated in the Louisiana State Penitentiary, in Angola, Louisiana, has submitted an application to proceed in forma pauperis in connection with the above-captioned complaint. This is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility,

brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

The Court's research revealed that plaintiff has filed six prior civil rights complaints in this court while he was incarcerated. At least three of these actions and/or appeals were dismissed as frivolous or for failure to state a claim for which relief could be granted. He has therefore accumulated three "strikes" under the PLRA. See <u>Lionel Parks, Sr. v. E. Jordan, Jr. et al.</u>, Civil Action No. 07-3716 "C"(2) (E.D. La.) (dismissed as frivolous by this court and also by the 5th Cir.);<u>Lionel J. Parks, Sr. v. Rudolph Becker, III, et al.</u>, Civil Action No. 96-0380 "K"(4) (E.D. La.). Accordingly, plaintiff may not proceed as a pauper in this action unless he fits within the "imminent danger" exception of § 1915(g).

Plaintiff has filed this complaint pursuant to 42 U.S.C. § 1983, requesting that the Court order the District Attorney to produce a copy of an audio recording of an August 10, 1995 open court hearing. (Rec. Doc. No. 1, Complaint). Plaintiff's claims do not relate to his present physical safety, and he has not alleged an imminent danger of serious physical injury. Therefore, plaintiff cannot be allowed to bring this action as a pauper under 28 U.S.C. § 1915. Accordingly,

For all of the foregoing reasons, **IT IS ORDERED** that the plaintiff's application to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915 because plaintiff

has previously filed three or more civil actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim.

New Orleans, Louisiana, this  11th  day of April, 2012.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE