# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIONEL PARKS,**    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-901** |
| **LEON CANNIZZARO, et al.,**    Defendants | **SECTION "E"** |

## ORDER AND REASONS

Before the Court is plaintiff Lionel Parks, Sr.'s ("Parks") "Objection to Magistrate's Order and Reasons."[1] For the reasons set forth below, Parks' Motion is denied and the Magistrate Judge's Order is affirmed.

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.2, non-dispositive pretrial matters decided by a magistrate judge may be appealed to the district judge. The order of a magistrate judge may be reversed only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); LR 72.2.

Parks, a prisoner currently incarcerated in the Louisiana State Penitentiary, submitted an application to proceed in forma pauperis in this action against the Orleans Parish District Attorney Leon Cannizzaro.[2] Magistrate Judge Shushan denied that application, citing a provision in the Prison Litigation Reform Act ("PLRA") prohibiting a prisoner from proceeding in forma pauperis if it is determined that he has filed three

---

[1] R. Doc. 3. While Parks' motion is fashioned as an "objection" to Magistrate Judge Shushan's Order and Reasons, the substance of his motion makes it clear that he is asking the Court to review that Order.

[2] R. Doc. 1.

1

or more civil actions or appeals while incarcerated that have been dismissed as frivolous, malicious, or for failure to state a claim.[3] A prisoner under imminent danger of serious physical injury may still proceed in form pauperis, even if he has already accumulated three "strikes" under PLRA.[4]

Magistrate Judge Shushan determined that Parks has accumulated at least three strikes while incarcerated, and that his claims did not give rise to the "imminent danger" exception. After reviewing the applicable law, Magistrate Judge Shushan's Order and Reasons, and Parks' history of filing actions and appeals while incarcerated,[5] the Court finds that Magistrate Judge Shushan's Order was not clearly erroneous or contrary to law.

Accordingly, **IT IS ORDERED** that Parks' Objection to Magistrate's Order and Reasons be and hereby is **DENIED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Shushan's denial of Parks' application to proceed in forma pauperis be and hereby is **AFFIRMED.**

**New Orleans, Louisiana, this** 7th **day of June, 2012.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. 2 (*citing* 28 U.S.C. § 1915(g)).

[4] 28 U.S.C. § 1915(g).

[5] The three dismissal orders considered by the Court to be "strikes" for PLRA purposes are attached as exhibits to this Order.